## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHIL BERGER, et al.

      Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

      Defendants.

Case No. 1:16-cv-00844-TDS-JEP

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs in *Berger v. United States Department of Justice, et al.*, No.1:16CV844 ("*Berger*"), voluntarily dismiss their action without prejudice, and state as follows.

1. Since the filing of the *Berger* complaint on May 9, 2016, the Defendants have not served an answer or a motion for summary judgment.

2. On July 22, 2016, the parties in *Berger* filed a joint notice stating that the Plaintiffs "agree to voluntarily dismiss their complaint, in view of the fact that, as intervenor-defendants, they are pursuing the same claims and relief via counter-claims in *United States of America v. North Carolina, et al.*, No. 1:16CV425." Doc. #106, at 2-3. The joint notice further stated that "[t]he United States reserves the right to seek dismissal of the intervenor-defendants' counter-claims on all grounds other than on the grounds

that the counter-claims are duplicative of the claims for relief sought by the United States." *Id.* at 3.

3. Consequently, the Plaintiffs hereby voluntarily dismiss the *Berger* action without prejudice.

Respectfully Submitted, this 28th day of July, 2016,

| | |
|---|---|
| /s/ S. Kyle Duncan | /s/ Robert D. Potter, Jr. |
| S. KYLE DUNCAN* | ROBERT D. POTTER, JR. |
| GENE C. SCHAERR* | ATTORNEY AT LAW |
| SCHAERR \| DUNCAN LLP | 2820 Selwyn Avenue, #840 |
| 1717 K Street NW, Suite 900 | Charlotte, NC 28209 |
| Washington, DC 20006 | 704-552-7742 |
| 202-714-9492 | E-mail: rdpotter@rdpotterlaw.com |
| 571-730-4429 (fax) | NC Bar No. 17553 |
| E-mail: kduncan@schaerr-duncan.com | |
| DC Bar No. 1010452 | |
| E-mail: gschaerr@schaerr-duncan.com | |
| DC Bar No. 416638 | |
| *appearing pursuant to Local Rule 83.1(d) | |

*Attorneys for Plaintiffs Phil Berger and Tim Moore*

2

## CERTIFICATE OF SERVICE

I certify that on July 28, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all registered parties.

Dated:    July 28, 2016                          /s/  S. Kyle Duncan
                                                 S. KYLE DUNCAN
                                                 SCHAERR | DUNCAN LLP
                                                 1717 K Street NW, Suite 900
                                                 Washington, DC 20006
                                                 202-714-9492
                                                 571-730-4429 (fax)
                                                 E-mail: kduncan@schaerr-duncan.com